# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 11-46409-399 |
| EDDIE L LANG ) | Chapter 13 |
| BESSIE L LANG ) | |
| ) | Re: Objection to Claim 3 filed by |
| ) |     WELLS FARGO |
| ) |     Acct: 165242982 |
| ) |     Amount: $10,806.96 |
| **Debtors** ) | Response Due: September 02, 2011 |
| ) | |

## TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 3

    COMES NOW John V. Labarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

    The claim of WELLS FARGO dated July 12, 2011, SHOULD BE ALLOWED BUT ORDERED NOT PAID BECAUSE THE PLAN PROVIDES FOR PAYMENT OF THE DEBT NOT THROUGH THE PLAN BY THE TRUSTEE BUT BY SURRENDER OF THE COLLATERAL. AN AMENDED CLAIM MAY BE FILED FOR ANY DEFICIENCY.

    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

    Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: August 12, 2011 | /s/ John V. Labarge, Jr.             |
| | John V. Labarge, Jr. |
| OBJCLM--JS | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100 Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 12, 2011.

/s/ John V. Labarge, Jr.

EDDIE L LANG
BESSIE L LANG
2323 FAIR ACRES RD
ST LOUIS, MO  63136

WELLS FARGO
PO BOX 14487
C/O PMT PROCESSING
DES MOINES, IA  50306

LAW OFFICES OF PAUL & KIER PC
8917 GRAVOIS RD
ST LOUIS, MO  63123

WELLS FARGO FINANCIAL MO INC
4137 121ST ST
URBANDALE, IA  50323

WFF CARDS
3201 N 4TH AVE
SIOUX FALLS, SD  57104